UNITED STATES DISTRICT COURT
IN THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Young G. Lee, individually and as class representative of others similarly situated, | ) ) ) ) ) | Civil Action No. 3:12-cv-274-MBS |
| Plaintiff, | ) ) | |
| v. | ) ) | **RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL** |
| Countrywide Home Loans, Inc., | ) ) | |
| Defendant. | ) ) | |

Plaintiff Young G. Lee, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby notices the voluntary dismissal of this action, without prejudice. Plaintiff notes that this notice is filed "before the opposing party serves either an answer or a motion for summary judgment," in compliance with the above-stated rule.

                                            Respectfully submitted by:

                                            s/ Graham L. Newman
                                            Richard A. Harpootlian (Fed. ID # 1730)
                                            rah@harpootlianlaw.com
                                            Graham L. Newman (Fed. ID # 9746)
                                            gln@harpootlianlaw.com
                                            M. David Scott (Fed. ID # 8000)
                                            mds@harpootlianlaw.com
                                            RICHARD A. HARPOOTLIAN, P.A.
                                            1410 Laurel Street
                                            Post Office Box 1090
                                            Columbia, SC 29202
                                            Telephone: (803) 252-4848
                                            Facsimile: (803) 252-4810

                                            ATTORNEYS FOR PLAINTIFF